**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FRANKENMUTH MUTUAL
INSURANCE COMPANY,

      Plaintiff,

v.                                                                Case No: 6:25-cv-1212-ACC-LHP

ZENA FIGUEROA and INVICTA
UNLIMITED, LLC,

      Defendants

---

**ORDER**
(And Direction to Clerk of Court)

Before the Court is Plaintiff's Emergency Motion to Strike Response.  Doc. No. 8.  On July 9, 2025, the Presiding District Judge issued an Order to Show Cause directing Plaintiff to show cause why this case should not be dismissed for failure to sufficiently allege diversity citizenship to support federal subject matter jurisdiction.  Doc. No. 6.  Plaintiff filed its response on July 18, 2025 (Doc. No. 7), however as Plaintiff explains in the present emergency motion, Plaintiff attached to the response an exhibit that inadvertently contains Defendant Zena Figueroa's social security number.  Doc. No. 8.  Plaintiff therefore requests that its response

be stricken and removed from the docket as soon as possible.  *Id.*   Plaintiff has also filed a revised response that redacts the social security number.   Doc. No. 9.

Pursuant to Federal Rules of Civil Procedure 5.2, a party or nonparty "may include only: (1) the last four digits of the social-security number…"   Thus, on review, the motion is **GRANTED**.   Plaintiff's Response to Order to Show Cause (Doc. No. 7) and its exhibits (Doc. Nos. 7-1, 7-2) are **STRICKEN**, and the Clerk is **DIRECTED to delete them from the docket**.

**DONE** and **ORDERED** in Orlando, Florida on July 22, 2025.

Leslie Hoffman Price<br>
LESLIE HOFFMAN PRICE<br>
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties